IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR.NO. 1:08CR46-WC |
| | ) | [18 U.S.C. 641] |
| v. | ) | |
| | ) | |
| AMANDA THORNTON | ) | INFORMATION |

*RECEIVED 2008 FEB 26  DEBRA P. HACKETT, CLK U.S. DIST COURT MIDDLE DIST ALA*

The United States Attorney charges that:

On or about the 12th of September 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, AMANDA THORNTON did knowingly steal, purloin, conceal and retain, with intent to convert to her use or use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: a bottle of Chanel perfume in violation of Title 18, Section 641, United States Code.

                                          LEURA GARRETT CANARY
                                          UNITED STATES ATTORNEY

                                          /s/ Kent B. Brunson
                                          KENT B. BRUNSON
                                          ASSISTANT U.S. ATTORNEY

                                          /s/ Emily M. Ruisanchez
                                          EMILY M. RUISANCHEZ
                                          SPECIAL ASSISTANT U.S. ATTORNEY
                                          GA BAR NO. 142573
                                          Office of the Staff Judge Advocate
                                          Soldier Service Center, Building 5700
                                          Fort Rucker, Alabama 36362-5000
                                          (334) 255-9141

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | AFFIDAVIT |
| | ) | |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. Investigation revealed that at approximately 2:31 P.M., on September 12th, 2007, April L. Smith, a PX retail security employee, observed by closed circuit camera a woman remove from the display counter a glass container of perfume by a major named cosmetic line and place it into her pants. The item was later identified as Chanel valued at $65.00. The woman exited the Main Exchange (PX) without rendering payment for the item. The woman walked around the store in the Infants Department, entered the Central Check-out and exited the store without paying for the item. The woman was detained by Smith and later identified as AMANDA THORNTON. I was notified and responded. I viewed the surveillance tape of THORNTON taking the perfume. Then, I placed her under apprehension. Specialist Beaulieu and I transported THORNTON to the MP Station. THORNTON was advised of her legal rights and further processed at the MP Station. The item was later returned to the PX.

_[signature]_
JACOB EVERETT BALLENGER, SPC, Military Police Officer, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this _13_ day of _Febuary_ 2008.

_[signature]_
NOTARY PUBLIC

My commission expires: NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 2, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS